PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Docket Number: 2:03CR00179-02 |
| ) | |
| **TAHERAH RAISZADEH** ) | |
| ) | |

On May 25, 2005, the above-named was placed on Probation for a period of two years. She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/Glenn P. Simon
**GLENN P. SIMON**
**United States Probation Officer**

Dated:     July 13, 2005
           Sacramento, California
           GPS/cp

**REVIEWED BY:**    /s/Rafael G. Loya
                   **RAFAEL G. LOYA**
                   **Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:** **TAHERAH RAISZADEH**
      **Docket Number:   2:03CR00179-02**
      **ORDER TERMINATING PROBATION**
      **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

DATED: July 14, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

GPS/cp
Attachment:   Recommendation
cc:      United States Attorney's Office

Ddad1/orders.criminal/raiszadeh0179.ord